# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| T.D., A.G., J.G., and K.W., *individually, and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>PIEDMONT HEALTHCARE, INC.,<br><br>Defendant. | No. 1:23-cv-05416 (TWT)<br><br>*Class Action Complaint* |

## PIEDMONT HEALTHCARE, INC.'S
## MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT

Defendant Piedmont Healthcare, Inc. files this Motion to Dismiss (Motion) pursuant to Federal Rule of Civil Procedure 12(b)(6).

As grounds for this Motion, Defendant shows that no construction of the factual allegations in Plaintiffs' First Amended Complaint will support any cause of action. In support of this Motion, Defendant relies upon its Memorandum of Law, which is filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiffs' claims in their entirety with prejudice.

Date: February 2, 2024                    Respectfully submitted,

                                    **SHOOK, HARDY & BACON L.L.P.**

By: */s/ Joshua L. Becker*
Joshua L. Becker
Georgia Bar No. 046046
Caroline M. Gieser
Georgia Bar No. 167916
1230 Peachtree Street NE, Suite 1200
Atlanta, GA 30309
Telephone: (470) 867-6000
Facsimile: (470) 867-6001
jbecker@shb.com
cgieser@shb.com

Alfred J. Saikali, *Admitted PHV*
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
asaikali@shb.com

Justin R. Donoho, *Admitted PHV*
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
jdonoho@shb.com

Ara K. Ayvazian, *pro hac vice forthcoming*
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa St., Suite 2900
Tampa, FL 33602
Telephone: (813) 202-7100

1

Facsimile: (813) 221-8837
aayvazian@shb.com

*Attorneys for Defendant
Piedmont Healthcare, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.D., A.G., J.G., and K.W., *individually, and on behalf of all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PIEDMONT HEALTHCARE, INC.,<br><br>　　　　Defendant. | No. 1:23-cv-05416 (TWT)<br><br>*Class Action Complaint* |

# CERTIFICATE OF SERVICE AND
# LOCAL RULE 7.1(D) CERTIFICATION

　　I hereby certify that on February 2, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

　　I further certify that this motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

　　　　　　　　　　　　　　　　*/s/ Joshua L. Becker*
　　　　　　　　　　　　　　　　Joshua L. Becker
　　　　　　　　　　　　　　　　GA Bar #046046

　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　*Piedmont Healthcare, Inc.*

1