UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T. D. et al,<br><br>                Plaintiff,<br><br>vs.<br><br>PIEDMONT HEALTHCARE, INC.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-05416-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 3rd day of September, 2024.

                                                      KEVIN P. WEIMER
                                                      CLERK OF COURT

                                        By:    s/Britney Rodgers
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 3, 2024
Kevin P. Weimer
Clerk of Court

By:    s/Britney Rodgers
        Deputy Clerk